USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LISA SANTIAGO,

                Plaintiff,            20-CV-9721 (AJN) (SN)

    -against-                               **ORDER**

INTERCONTINENTAL HOTELS GROUP
RESOURCES, INC., et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On Tuesday, July 6, 2021, the Court held a scheduled discovery conference, at which defense counsel did not appear. Accordingly, the discovery conference is RESCHEDULED to Friday, July 9, 2021, at 2:30 p.m.. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 6, 2021
               New York, New York