UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/21

Lisa Santiago,

        Plaintiff,

—v—

Intercontinental Hotels Group Resources, Inc., et al.,

        Defendants.

20-cv-9721 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The July 23, 2021 post-discovery status conference is adjourned to October 22, 2021 at 3:00 p.m. The proceeding will be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    SO ORDERED.

Dated: July 13, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge