UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2021
```

Lisa Santiago,

                    Plaintiff,

          —v—

Intercontinental Hotels Group Resources, Inc., *et al*.,

                    Defendants.

20-cv-9721 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        In light of the discovery extension, the Court hereby ADJOURNS the October 22 post-discovery conference in this matter to January 21, 2022 at 3:00 p.m.  Unless the Court indicates otherwise, the proceeding will be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

        SO ORDERED.


Dated: September 20, 2021
        New York, New York

_____
        ALISON J. NATHAN
        United States District Judge