UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa Santiago,

               Plaintiff,

–v–

Intercontinental Hotels Group Resources, Inc., et al.,

               Defendants.

20-cv-9721 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the extension of time to complete discovery, the post-discovery conference scheduled for March 4, 2022, is hereby ADJOURNED to April 8, 2022, at 3:00 p.m. Unless the Court indicates otherwise, the proceeding will be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    SO ORDERED.

Dated: February 22, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge