UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LISA SANTIAGO,

                         Plaintiff,                      20-cv-9721 (PKC)

    -against-                               ORDER

INTERCONTINENTAL HOTELS GROUP
RESOURCES, INC., et al.,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The conference previously scheduled for June 3, 2022 before Judge Nathan will be held before the undersigned in Courtroom 11D on June 9, 2022 at 3 p.m.  Any motion for summary judgment will be deemed waived unless a pre-motion letter is submitted to the Court no later than 14 days from the close of fact discovery.  The making of a motion for summary judgment will not extend or stay the time for expert discovery.  The parties should carefully read the undersigned's individual practices on the Court's website.

        SO ORDERED.

                                                           P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
         April 4, 2022