UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LISA SANTIAGO,

                Plaintiff,                20-cv-9721 (PKC)

    -against-                       ORDER

INTERCONTINENTAL HOTELS GROUP
RESOURCES, INC., ET AL.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The June 3, 2022 conference is VACATED. The parties are advised to inform the undersigned within three business days of the close of fact discovery as it may be set by Magistrate Judge Netburn.

        SO ORDERED.

                                              P. Kevin Castel
                                   United States District Judge

Dated: New York, New York
       April 29, 2022