

Scott H. Goldstein
Admitted in NY and NJ
SGoldstein@rlattorneys.com

REPLY TO THE PARAMUS OFFICE
140 East Ridgewood Ave.
Suite 415 South Tower
Paramus, New Jersey 07652

August 25, 2022

**Via ECF**
Hon. P. Kevin Castel, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

> Conference is adjourned from September 1, 2022 to October 25, 2022 at 4:00 p.m. in Courtroom 11D. SO ORDERED.
> Dated: 8/25/2022
>
> *P. Kevin Castel*
> United States District Judge

Re.:   **Lisa Santiago v. InterContinental Hotels Group Resources, Inc., et al.
Case No. 20-cv-09721 (PKC)**

Dear Judge Castel:

This firm represents defendants InterContinental Hotels Group Resources, Inc., InterContinental Hotels Group Resources, Inc. d/b/a Candlewood Suites Nanuet-Rockland County, Inter-Continental Hotels Corporation, Six Continents Hotels, Inc. in the above-referenced action.

We submit this letter requesting an adjournment of the conference scheduled before Your Honor on September 1, 2022 at 12:00 PM. Plaintiff's counsel consents to this request.

At the time the conference was originally scheduled, discovery was expected to be complete by that time. However, since that time, expert discovery was extended until November 3, 2022. On previous occasions when discovery has been extended, the Court has commensurately adjourned the status conference. In that regard, if the Court could let the parties know if it is agreeable towards adjourning the conference in light of the discovery extension, it would be greatly appreciated.

In addition to the above, this office has a conflict for September 1, 2022, anyway because I am traveling out of town to attend my niece's wedding. As such, Defendants request an adjournment of the conference on that basis as well.

We thank the Court for its consideration of this request.

Respectfully submitted,

Scott Goldstein, Esq.

ALBUQUERQUE | BAKERSFIELD | BURBANK | CHARLESTON | DALLAS | DENVER | FT LAUDERDALE | HIDALGO COUNTY (THE VALLEY) | HOUSTON | JACKSON | JACKSONVILLE | LAS VEGAS | LOS ANGELES | MIAMI | ORANGE COUNTY | ORLANDO | PHOENIX | RIVERSIDE | SACRAMENTO | SALT LAKE CITY | SAN ANTONIO | SAN DIEGO | SARASOTA | TAMPA | LONDON, UK

www.rlattorneys.com

Santiago v. InterContinental Hotels Group Resources, Inc., et al.
August 25, 2022
Page: 2

cc:     Frank Rizzo, Esq. (via ECF)

