```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LISA SANTIAGO,

                        Plaintiff,                           20-CV-09721 (PKC)(SN)

        -against-                                            SETTLEMENT CONFERENCE
                                                                      ORDER
INTERCONTINENTAL HOTELS GROUP
RESOURCES, INC., et al.,

                        Defendants.

-----------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

A settlement conference is scheduled for Tuesday, November 15, 2022, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, November 9, 2022. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   August 26, 2022
         New York, New York