UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LISA SANTIAGO,

                            Plaintiff,                        20-CV-09721 (PKC)(SN)

                -against-                                    **ORDER**

INTERCONTINENTAL HOTELS GROUP
RESOURCES, et al.,

                            Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 14, 2022, Defendants moved to compel Plaintiff to appear for an orthopedic Independent Medical Examination ("IME") of her ankle. ECF No. 55. On October 19, 2022, Plaintiff opposed this motion and stated that during an August 15, 2022 IME of her back, a physician also examined her ankle. ECF No. 56. Separately, the parties have scheduled a settlement conference for November 15, 2022, which the Court does not intend to adjourn.

      Accordingly, the Court stays its decision on Defendants' motion, and Defendants are directed to produce the expert report from the IME conducted on August 15, 2022, by no later than November 4, 2022. Should Defendants still seek to conduct an IME from an ankle specialist, they may renew their application after the settlement conference.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     New York, New York
               October 20, 2022