```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LISA SANTIAGO,

                           **Plaintiff,**                  20-CV-09721 (PKC)(SN)

       -against-                                    **ORDER**

INTERCONTINENTAL HOTELS GROUP
RESOURCES, INC., et al.,

                           **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      Due to a conflict in the Court's calendar, the settlement conference currently scheduled for 10:00 a.m. on Tuesday, November 15, 2022, will instead begin at 10:30 a.m.

**SO ORDERED.**

                                          _____
                                          SARAH NETBURN
                                          United States Magistrate Judge

DATED:      November 4, 2022
                New York, New York